UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ROGER D. CORDELL )
 )
       Plaintiff, )
v. ) CIVIL ACTION
 ) NO. 10-10879-NMG
CASANDRA HOWARD, et al., )
 )
       Defendants. )

# REPORT AND RECOMMENDATION ON DEFENDANTS' MOTION TO DISMISS AND ON PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

June 20, 2011

DEIN, U.S.M.J.

## I. INTRODUCTION

Plaintiff Roger D. Cordell ("Cordell") has brought this Bivens[1] action pro se against four medical providers at FMC Devens in Ayer, Massachusetts. Cordell claims that the defendants, Casandra Howard, Karl Bernhard, Herbert P. Beam and John Asare, violated his constitutional rights by over-dosing him with medication, depriving him of adequate medical treatment and falsifying his medical records while he was an inmate at FMC Devens. The matter is before the court on the "Defendants' Motion to Dismiss"

---

[1] Bivens v. Six Unknown Agents of Fed. Bureau of Narcotics, 403 U.S. 388, 91 S. Ct. 1999, 29 L. Ed. 2d 619 (1971), establishes, "as a general proposition, that victims of a constitutional violation perpetrated by a federal actor may sue the offender for damages in federal court despite the absence of explicit statutory authorization for such suits." Ruiz Rivera v. Riley, 209 F.3d 24, 26 (1st Cir. 2000) (quotations and citation omitted).

*[Handwritten annotation:]* ~~Report~~ after consideration of plaintiff's opposition thereto, Report and Recommendation accepted and adopted. /s/ NMGorton, USDJ 8/8/11