UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROGER D. CORDELL, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CIVIL ACTION |
| ) | NO. 10-10879-NMG |
| CASANDRA HOWARD, ) | |
| HERBERT P. BEAM, JOHN ASARE, ) | |
| and KARL BERNHARD, ) | |
| ) | |
| Defendants. ) | |

# REPORT AND RECOMMENDATION ON
# CROSS-MOTIONS FOR SUMMARY JUDGMENT

August 1, 2013

DEIN, U.S.M.J.

## I. INTRODUCTION

At all times relevant to these cross-motions for summary judgment, the plaintiff, Roger D. Cordell ("Cordell"), was incarcerated at the Federal Medical Center Devens in Ayer, Massachusetts ("FMC Devens"). By his Amended Complaint (Docket No. 7) ("Compl."), Cordell asserts that the defendants, Casandra Howard ("Howard"), Karl Bernhard ("Bernhard"), Herbert P. Beam ("Beam"), and John Asare ("Asare"), are liable under 42 U.S.C. § 1983 for deliberate indifference to his serious medical needs in violation of the Eighth Amendment to the United States Constitution.[1] According to

---

[1] This is the plaintiff's second challenge to the medical treatment he received at FMC Devens since his arrival there on or about November 30, 2005. Details concerning Cordell's 2007 Bivens action against FMC Devens personnel can be found in this court's June 7, 2012 Report and Recommendation on Defendants' Motion to Dismiss or, in the Alternative, for Summary

Report and Recommendation accepted and adopted. *NMGorton*, USDJ 9/16/13